## Commonwealth *v.* Prince, Appellant.

Argued April 9, 1973. *Stephen P. Swem,* Assistant Public Defender, with him *John H. Corbett, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.